```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>CRISTIANO RODRIGUEZ MORA, and<br>ADAN LOPEZ CRESPO,<br><br>              Defendants. | CASE NO. 2:10-CR-00320 MCE<br><br>STIPULATION AND ORDER<br><br>DATE: November 4, 2010<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; and Douglas Beevers, counsel for defendant Adan LOPEZ CRESPO; and Gilbert Roque, counsel for defendant Cristiano RODRIGUEZ MORA, that the above hearing be rescheduled from this Court's November 4, 2010, calendar, and that the matter be re-calendared for December 2, at 9:00 a.m. Furthermore, the parties stipulate that the briefing schedule be changed to the following: government's response brief due November 4, 2010; defendant's reply brief due November 11, 2010.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

IT IS FURTHER STIPULATED that time be excluded between through December 2, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.

Dated: October 7, 2010         /s/ Paul Hemesath
                               Paul Hemesath
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: October 7, 2010         /s/ Douglas Beevers
                               Douglas Beevers
                               Counsel for Defendant
                               Adan LOPEZ CRESPO

Dated: October 7, 2010         /s/ Gilbert Roque
                               Gilbert Roque
                               Counsel for Defendant
                               CRISTIANO RODRIGUEZ MORA

**O R D E R**

**IT IS SO ORDERED.**

**Dated: October 13, 2010**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

2