```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-CR-00320 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | DATE: December 2, 2010 |
| ) | TIME: 9:00 a.m. |
| CRISTIANO RODRIGUEZ MORA, and ) | COURT: Hon. Morrison C. England |
| ADAN LOPEZ CRESPO, ) | |
| ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; and Douglas Beevers, counsel for defendant Adan LOPEZ CRESPO; and Gilbert Roque, counsel for defendant Cristiano RODRIGUEZ MORA, that the briefing schedule be changed to the following: government's response brief due November 11, 2010; and defendant's reply brief due November 18, 2010.

///
///
///
///
///
///

1

This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

Dated: November 4, 2010          /s/ Paul Hemesath
                                 Paul Hemesath
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

Dated: November 4, 2010          /s/ Douglas Beevers
                                 Douglas Beevers
                                 Counsel for Defendant
                                 Adan LOPEZ CRESPO

Dated: November 4, 2010          /s/ Gilbert Roque
                                 Gilbert Roque
                                 Counsel for Defendant
                                 CRISTIANO RODRIGUEZ MORA

**O R D E R**

**IT IS SO ORDERED.**

**Dated: November 12, 2010**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**