```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ADAN LOPEZ CRESPO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-00320 MCE |
| Plaintiff, | STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE |
| v. | |
| CRISTIANO RODRIGUEZ MORA, AND ADAN LOPEZ CRESPO | Date: December 16, 2010<br>Time: 9:00 a.m. |
| Defendants. | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney, PAUL HEMESATH, counsel for Plaintiff; and DOUGLAS BEEVERS, Assistant Federal Defender, counsel for defendant ADAN LOPEZ CRESPO; and GILBERT ROQUE, counsel for defendant CRISTIANO RODRIGUEZ MORA, that the briefing schedule be changed to the following: defense supplemental briefing due November 30, 2010; the government's response due December 13, 2010; and the Motion Hearing currently set for December 2, 2010 be vacated and reset for December 16, 2010 at 9:00am. This request is made jointly by the government and defense.

1  The reason for the continuance is allow additional time for
2 continued preparation. The parties agree a continuance is necessary for
3 this purpose, and agree to exclude time under the Speedy Trial Act
4 accordingly.

5  **IT IS STIPULATED** that the period from the signing of this Order, up
6 to and including December 16, 2010 be excluded in computing the time
7 within which trial must commence under the Speedy Trial Act, pursuant to
8 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation
9 of counsel.

10 Dated: November 30, 2010
Respectfully submitted,

DANIEL BRODERICK
12 Federal Defender

13

*/s/ Douglas Beevers*
14 DOUGLAS BEEVERS
Assistant Federal Defender
15 Attorney for Defendant
ADAN LOPEZ CRESPO
16
Dated: November 30, 2010    */s/ Gilbert Roque*
17 GILBERT ROQUE
Counsel for Defendant
18 CRISTIANO RODRIGUEZ MORA

19
Dated: November 30, 2010    BENJAMIN B. WAGNER
20 United States Attorney

21
*/s/ Paul Hemesath*
22 PAUL HEMESATH
Assistant U.S. Attorney
23

24

25

26

27

28

**ORDER**

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is that the briefing schedule be changed to the following: defense supplemental briefing due November 30, 2010; the government's response brief due December 13, 2010; and the Motion Hearing currently set for December 2, 2010 be vacated and reset for December 16, 2010 at 9:00am. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, up to and including, December 16, 2010 be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: December 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE