1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   DOUGLAS BEEVERS, U.S.V.I. Bar #766
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   ADAN LOPEZ CRESPO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,       )  No.  2:10-CR-00320-MCE
11                                   )
                      Plaintiff,     )  STIPULATION AND ORDER
12                                   )  TO CONTINUE MOTION HEARING
          v.                         )
13                                   )
    CRISTIANO RODRIGUEZ MORA, AND    )
14  ADAN LOPEZ CRESPO                )  Date:  March 3, 2011
                                     )  Time:  9:00 a.m.
15                    Defendants.    )  Judge: Hon. Morrison C. England
                                     )
16  _____ )

17       **IT IS HEREBY STIPULATED** by and between Assistant United States

18  Attorney, PAUL HEMESATH, counsel for Plaintiff; and DOUGLAS BEEVERS,

19  Assistant Federal Defender, counsel for defendant ADAN LOPEZ CRESPO; and

20  GILBERT ROQUE, counsel for defendant CRISTIANO RODRIGUEZ MORA, that the

21  Motion Hearing currently set for February 10, 2011 be vacated and reset

22  for March 3, 2011 at 9:00am.

23       The reason for the continuance is to allow additional time to

24  continue negotiations, to narrow factual issues, availability of

25  witnesses, and further investigation of facts relevant to the disputed

26  issue. The parties agree a continuance is necessary for this purpose, and

27  agree to exclude time under the Speedy Trial Act accordingly.

28

1     **IT IS STIPULATED** that the period from the signing of this Order, up

2     to and including March 3, 2011 be excluded in computing the time within

3     which trial must commence under the Speedy Trial Act, pursuant to 18

4     U.S.C. § 3161(h)(1)(D) and Local Code E, for Pretrial Motions.

5     Dated: February 9, 2011

                                        Respectfully submitted,

6

7                                       DANIEL BRODERICK
                                        Federal Defender

8                                       */s/ Douglas Beevers*
                                        DOUGLAS BEEVERS
9                                       Assistant Federal Defender
                                        Attorney for Defendant
10                                      ADAN LOPEZ CRESPO

11    Dated: February 9, 2011           */s/ Gilbert Roque*
                                        GILBERT ROQUE
12                                      Counsel for Defendant
                                        CRISTIANO RODRIGUEZ MORA

13

14    Dated: February 9, 2011           BENJAMIN B. WAGNER
                                        United States Attorney

15

16                                      */s/ Paul Hemesath*
                                        PAUL HEMESATH
17                                      Assistant U.S. Attorney

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is
that the Motion Hearing currently set for February 10, 2011 be vacated
and reset for March 3, 2011 at 9:00am.  It is ordered that the period
from the signing of this Order, up to and including March 3, 2010 be
excluded in computing the time within which trial must commence under the
Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E,
for Pretrial Motions.

Dated: February 11, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE