GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for CRISTINO RODRIGUEZ MORA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-320-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE |
| vs. | ) | STATUS CONFERENCE |
| | ) | |
| CRISTINO RODRIGUEZ MORA and | ) | |
| ADAN LOPEZ CRESPO, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Cristino Rodríguez Mora, through his appointed counsel, Gilbert A. Roque, Defendant Adán López Crespo, through his appointed counsel, Douglas J. Beevers, and the United States of America, through Assistant United States Attorney Paul A. Hemesath, agree that the Status Conference set for March 24, 2011, at 9:00 a.m., be continued to April 14, 2011, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

///

///

///

///

///

///

1

In addition, it is agreed that the Court should find excludable time through April 14, 2011, pursuant to Local Rule T-4, to allow counsel reasonable time to prepare.

Respectfully submitted,

DATED: March 16, 2011          /s/ Gilbert A. Roque
                               GILBERT A. ROQUE, Attorney for
                               CRISTINO RODRIGUEZ MORA, Defendant

DATED: March 16, 2011          /s/ Douglas J. Beevers
                               DOUGLAS J. BEEVERS, Attorney for
                               ADAN LOPEZ CRESPO, Defendant

DATED: March 16, 2011          /s/ Paul A. Hemesath
                               PAUL A. HEMESATH
                               Assistant United States Attorney

**IT IS SO ORDERED.**

**Dated: March 18, 2011**

MORRISON C. ENGLAND, JR.
**UNITED STATES DISTRICT JUDGE**

2