DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADAN LOPEZ CRESPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRISTIANO RODRIGUEZ MORA, AND<br>ADAN LOPEZ CRESPO<br><br>　　　　Defendants. | No. 2:10-CR-00320-MCE<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date:  May 19, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney, PAUL HEMESATH, counsel for Plaintiff; and DOUGLAS BEEVERS, Assistant Federal Defender, counsel for defendant ADAN LOPEZ CRESPO; and GILBERT ROQUE, counsel for defendant CRISTIANO RODRIGUEZ MORA, that the Status Conference currently set for May 12, 2011 be vacated and reset for May 19, 2011 at 9:00am.

　　The reason for the continuance is to allow additional time for defense counsel to continue negotiations. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

///

///

1  **IT IS STIPULATED** that the period from the signing of this Order, up
2  to and including May 19, 2011 be excluded in computing the time within
3  which trial must commence under the Speedy Trial Act, pursuant to 18
4  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow counsel reasonable
5  time to prepare.
6  Dated: May 11, 2011

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ADAN LOPEZ CRESPO

Dated: May 11, 2011          */s/ Gilbert Roque*
GILBERT ROQUE
Counsel for Defendant
CRISTIANO RODRIGUEZ MORA

Dated: May 11, 2011          BENJAMIN B. WAGNER
United States Attorney

*/s/ Paul Hemesath*
PAUL HEMESATH
Assistant U.S. Attorney

**ORDER**

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is that the Status Conference currently set for May 12, 2011 be vacated and reset for May 19, 2011 at 9:00am.  It is ordered that the period from the signing of this Order, up to and including May 19, 2011 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow counsel reasonable time to prepare.

Dated: May 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE