BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00320-MCE |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| CRISTINO CUEVAS-VALDOVINOS | ) | |
| AKA CRISTIANO RODRIGUEZ MORA, | ) | |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

Based upon the entry of plea and stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Cristino Cuevas-Valdovinos aka Cristiano Rodriguez Mora it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 21 U.S.C. § 853(a), defendant Cristino Cuevas-Valdovinos' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

a)   One Ruger pistol, .22 caliber.

2.  The above-listed property was used to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1).

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final

///

///

///

///

Preliminary Order of Forfeiture

Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all
interests will be addressed.

     IT IS SO ORDERED.

Dated: August 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

        Preliminary Order of Forfeiture