BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | 2:10-CR-00320-MCE |
| )    Plaintiff,                 ) | |
| )                               | FINAL ORDER OF FORFEITURE |
| v.                              ) | |
| )                               | |
| CRISTINO CUEVAS-VALDOVINOS      ) | |
| AKA CRISTIANO RODRIGUEZ MORA, and ) | |
| ADAN LOPEZ CRESPO,              ) | |
| )                               | |
| Defendants.                     ) | |

   WHEREAS, on or about August 11, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the plea agreement entered into between plaintiff and defendant Cristino Cuevas-Valdovinos forfeiting to the United States the following property:

   a. One Ruger pistol, .22 caliber;

   AND WHEREAS, beginning on August 16, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Cristino Cuevas-Valdovinos on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third

1  parties of their right to petition the Court within sixty (60)
2  days from the first day of publication of the notice for a
3  hearing to adjudicate the validity of their alleged legal
4  interest in the forfeited property;
5       AND WHEREAS, on October 27, 2011, this Court entered a
6  Preliminary Order of Forfeiture pursuant to the provisions of 21
7  U.S.C. § 853(a) based upon the plea agreement entered into
8  between plaintiff and defendant Adan Lopez Crespo forfeiting to
9  the United States the following property:
10           a.   One Ruger rifle, model 10/22, .22 caliber;
11      AND WHEREAS, beginning on October 29, 2011, for at least 30
12 consecutive days, the United States published notice of the
13 Court's Order of Forfeiture regarding Adan Lopez Crespo on the
14 official internet government forfeiture site www.forfeiture.gov.
15 Said published notice advised all third parties of their right to
16 petition the Court within sixty (60) days from the first day of
17 publication of the notice for a hearing to adjudicate the
18 validity of their alleged legal interest in the forfeited
19 property;
20      AND WHEREAS, the Court has been advised that no third party
21 has filed a claim to the subject property, and the time for any
22 person or entity to file a claim has expired.
23      Accordingly, it is hereby ORDERED and ADJUDGED:
24      1.  A Final Order of Forfeiture shall be entered forfeiting
25 to the United States of America all right, title, and interest in
26 the below-listed property pursuant to 21 U.S.C. § 853(a), to be
27 disposed of according to law, including all right, title, and
28 interest of Cristino Cuevas-Valdovinos and Adan Lopez Crespo:

1              a.   One Ruger pistol, .22 caliber, and
2              b.   One Ruger rifle, model 10/22, .22 caliber.
3      2.   All right, title, and interest in the above-listed
4 property shall vest solely in the name of the United States of
5 America.
6      3.   The U.S. Marshals Service shall maintain custody of and
7 control over the subject property until it is disposed of
8 according to law.
9      IT IS SO ORDERED.
10
 Dated: February 24, 2012
11
12                              _____
13                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE