HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CRISTINO RODRIGUEZ MORA CUEVAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CRISTINO RODRIGUEZ MORA CUEVAS,<br><br>          Defendant. | No.  Cr. S 10-320 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable MORRISON C. ENGLAND, Jr. |

      Defendant, CRISTINO RODRIGUEZ MORA CUEVAS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

      1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

      2.     On August 11, 2011, this Court sentenced Mr. Cuevas to a term of 96 months imprisonment;

      3.     His total offense level was 25, his criminal history category was I, and the resulting guideline range was 57 to 71 months, and he received a departure from the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Cuevas was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Cuevas's total offense level has been reduced from 25 to 23, and his amended guideline range is 46 to 57 months; a departure comparable to the one received at the initial sentencing would produce a term of 77 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Cuevas's term of imprisonment to a total term of 77 months;

Respectfully submitted,

Dated:  May 15, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  May 15, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ David M. Porter
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
CRISTINO RODRIGUEZ MORA CUEVAS

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Cuevas is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 46 to 57 months. An increase comparable to the one received at the initial sentencing would produce a term of 77 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2011 is reduced to a term of 77 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Cuevas shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  May 29, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT